IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-Z-0035 (PAC)

RICKY LEE SCHEIERMAN
Plaintiff,
v.

SAN LUIS & RIO GRANDE RAILROAD, INC.
Defendant.

and Consolidated Civil Action No. 05-N-0036 (PAC)

CARL TOUSIGNAUT, JR.
Plaintiff,
v.

SAN LUIS & RIO GRANDE RAILROAD, INC.
Defendant.

_____

**ORDER RE: DEFENDANT'S STIPULATED MOTION FOR PROTECTIVE ORDER
REGARDING UMBRELLA INSURANCE POLICY**

The matter before the Court is the Defendant's July 29, 2005 Stipulated Motion for Protective Order Regarding Umbrella Insurance Policy, consistent with Civil Action No. 05-Z-0035 (PAC), filed in Civil Action No. 05-Z-0035 (PAC). Defendant asks the Court to grant the Stipulated Motion for Protective Order Regarding Umbrella Insurance Policy.

There is good cause for Defendant's Stipulated Motion for Protective Order Regarding Umbrella Insurance Policy, consistent with Civil Action No. 05-Z-0035 (PAC) under Fed. R. Civ. P. 26(b)(5)(c)(7).

Accordingly, it is ORDERED that the Defendant's July 29, 2005 Stipulated Motion for Protective Order Regarding Umbrella Insurance Policy, consistent with Civil Action No. 05-Z-0035 (PAC) is granted. The terms of the Protective Order shall be as set forth in "Requested Relief and Order" in Defendant's July 29, 2005 Motion (Docket. # 54).

DATED at Denver, Colorado, this 3rd day of August 2005.

BY THE COURT:

s/Patricia A. Coan
Patricia A. Coan
Magistrate Judge