IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-00035-ZLW-PAC
RICKY LEE SCHEIERMAN,
Plaintiff,
v.
SAN LUIS & RIO GRANDE RAILROAD, INC.,
a Delaware corporation,
Defendant,

and Consolidated Civil Action No. 05-cv-00036-ZLW-PAC
CARL TOUSIGNAUT, JR.,
Plaintiff,
v.

SAN LUIS & RIO GRANDE RAILROAD, INC.,
a Delaware corporation,
Defendant.

---

## MINUTE ORDER

August 23, 2005

THIS MATTER comes before the Court on the August 19, 2005 Joint Motion to Vacate Settlement Conference and the Court having reviewed the Motion and being fully advised on the premise, HEREBY

ORDERS that, good cause having been shown, the Motion is granted and the Settlement Conference scheduled for September 7, 2005 at 1:30 p.m. is hereby vacated and rescheduled for **November 10, 2005 at 3:00 p.m.**

1