IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-0035-ZLW-PAC

RICKY LEE SCHEIERMAN,

      Plaintiff,

v.

SAN LUIS & RIO GRANDE RAILROAD, INC.,
a Delaware corporation,

      Defendant,

and Consolidated Civil Action No. 05-Z-0036 (PAC)

CARL TOUSIGNAUT, JR.,

      Plaintiff,

v.

SAN LUIS & RIO GRANDE RAILROAD, INC.,
a Delaware corporation,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: October __24__, 2005

      It is ORDERED that Plaintiffs' Unopposed Motion To Stay Plaintiffs' Response To Defendant's Motion For Partial Summary Judgment is granted until after Plaintiffs have taken the deposition of Natalie Jones and viewed documents in her possession, if any, in relation to this case.