IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-cv-00035-ZLW-PAC
(Consolidated with Civil Action No. 05-cv-00036-ZLW-PAC)

RICKY LEE SCHEIERMAN,

    Plaintiff(s),

v.

SAN LUIS & RIOS GRANDE RAILROAD, INC.,
A Delaware corporation,

    Defendant(s).

and Consolidated Civil Action NO. 05-cv-00036-ZLW-PAC

CARL TOUSIGNAUT, JR.,

    Plaintiff(s),

v.

SAN LUIS & RIO GRANDE RAILROAD, INC.,

    Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
January 20, 2006

    The matter before the Court is the Defendant San Luis & Rio Grande Railroad, Inc.'s Motion to Modify Scheduling Order, Doc. # 120.  Defendant having shown good cause, it is hereby

    ORDERED that the Defendant's Motion to Modify Scheduling Order, Doc. # 120, is GRANTED to the extent that Defendant is permitted to depose Drs. Janssen and Ross. The depositions must be completed no later than March 15, 2006.   It is further

ORDERED that defendant may depose Messrs. Hudran and Eyerman, whose depositions must be completed by February 20, 2006. Counsel shall cooperate with each other to schedule the depositions.