IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-cv-00035-ZLW-PAC
(Consolidated with Civil Action No. 05-cv-00036-ZLW-PAC)

RICKY LEE SCHEIERMAN,

    Plaintiff(s),

v.

SAN LUIS & RIOS GRANDE RAILROAD, INC.,
A Delaware corporation,

    Defendant(s).

and Consolidated Civil Action NO. 05-cv-00036-ZLW-PAC

CARL TOUSIGNAUT, JR.,

    Plaintiff(s),

v.

SAN LUIS & RIO GRANDE RAILROAD, INC.,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
February 14, 2006

    The matter before the Court is Doc # 134, defendant's Motion to Clarify Minute Order of February 7, 2006. Defendant asks for clarification concerning a docketed minute order of February 7, 2006 and a docket entry of #132. According to the court's review of the record today, however, there is no Document #132 docketed and there is no minute order of February 7, 2006 docketed. Accordingly, it is hereby

    ORDERED that defendant's Motion to Clarify Minute Order of February 7, 2006, Doc. # 134 is denied without prejudice.

Further, defense counsel is referred to the Office of the Clerk of the Court should any further explanation be necessary.