IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-0035-ZLW-PAC

RICKY LEE SCHEIERMAN,

    Plaintiff,

v.

SAN LUIS & RIO GRANDE RAILROAD, INC.,
Delaware corporation,

    Defendant

and Consolidated Civil Action No. 05-Z-0036-ZLW-PAC

CARL TOUSIGNAUT, JR.,

    Plaintiff,

v.

SAN LUIS & RIO GRANDE RAILROAD, INC.,
a Delaware corporation,

    Defendant.

---

ORDER

---

    This matter was before the Court on February 14, 2006, for oral argument on Defendant The San Luis & Rio Grande Railroad, Inc.'s Motion For Partial Summary Judgment.  The Court heard the arguments and statements of counsel and made conclusions of law which are incorporated herein by reference as if fully set forth. Accordingly, it is

ORDERED that Defendant The San Luis & Rio Grande Railroad, Inc.'s Motion For Partial Summary Judgment (Doc. No. 71) is granted.  It is

FURTHER ORDERED that Plaintiff Tousignaut's fourth claim for relief and Plaintiff Scheierman's fifth claim for relief are dismissed with prejudice.

DATED at Denver, Colorado, this  24   day of February, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court