IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-0035-ZLW-PAC

RICKY LEE SCHEIERMAN,

     Plaintiff,

v.

SAN LUIS & RIO GRANDE RAILROAD, INC.,
a Delaware corporation,

     Defendant,

and Consolidated Civil Action No. 05-cv-0036-ZLW-PAC

CARL TOUSIGNAUT, JR.,

     Plaintiff,

v.

SAN LUIS & RIO GRANDE RAILROAD, INC.,
a Delaware corporation,

     Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: April __3__, 2006

     It is ORDERED that the Unopposed Motion To Reset Trial Date (Doc. No. 144) is denied, since the Court's presently available trial dates are not available dates for Defendant's counsel.  However, the Court will notify counsel if new dates prior to January 2007 become available.