IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

**Civil Action No.  05-cv-00035-ZLW-PAC**

RICKY LEE SCHEIERMAN,

     Plaintiff,

v.

SAN LUIS & RIO GRANDE RAILROAD, INC.,
a Delaware corporation,

     Defendant,

**and Consolidated Civil Action No. 05-cv-00036-ZLW-PAC**

CARL TOUSIGNAUT, JR.,

     Plaintiff,

v.

SAN LUIS & RIO GRANDE RAILROAD, INC.,
a Delaware corporation,

     Defendant.
_____

**ORDER**
_____

     On December 8, 2006, counsel for Defendant advised the Court that this case had settled.  It is, therefore,

     ORDERED that, by stipulation of counsel, the trial preparation conference set on Wednesday, December 13, 2006 at 2:00 p.m. and the trial set on Tuesday, January 16, 2007, at 10:30 a.m. are hereby vacated.  It is

FURTHER ORDERED that settlement papers shall be filed on or before December 18, 2006. If by that date settlement papers have not been received by the Court, on December 27, 2006, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this ___11___ day of December, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court