IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-00035-ZLW-PAC

RICKY LEE SCHEIERMAN,

     Plaintiff,

v.

SAN LUIS & RIO GRANDE RAILROAD, INC.,
a Delaware corporation,

     Defendant,

and Consolidated Civil Action No. 05-cv-00036-ZLW-PAC

CARL TOUSIGNAUT, JR.,

     Plaintiff,

v.

SAN LUIS & RIO GRANDE RAILROAD, INC.,
a Delaware corporation,

     Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

**THIS MATTER** comes before the Court on a Joint Stipulation for Dismissal with Prejudice.

It is **ORDERED** that the above-entitled action and complaint be dismissed with prejudice, with each party to pay his or its own costs.

**DATED** this 10 day of January, 2007.

                                              Zita L. Weinshienk, Senior Judge
                                              United States District Court